IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN ELIZABETH CUMMINS,

                  Petitioner,

  v.

PAUL COPENHAVER, Warden, HARLEY
LAPPIN, Director, BOP,,

                  Respondents.

_____/

No. CV-09-4007 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: October 13, 2009                 Richard W. Wieking, Clerk

                                           *Tracy Lucero*

                                   By: Tracy Lucero
                                   Deputy Clerk